JS - 6

# UNITED STATES DIS3TRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Denise Menichiello, etc., | SACV 17-01778 JVS (DFMx) |
| Plaintiff, | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | |
| Enver Solar Inc., et al., | |
| Defendant(s). | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: January 5, 2018

_____
James V. Selna
United States District Judge